**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GROUNDWORKS OF PALM BEACH COUNTY, INC.,,**

        **Plaintiff,**

-vs-                                          Case No. 6:06-cv-1905-Orl-31DAB

**GROUNDWORKS, INC. and RANDALL E. FISH,**

        **Defendants.**

_____

# ORDER

This cause comes before the Court on the Plaintiff's Motion for Default Judgment (Doc. No. 16) filed December 28, 2007.

On January 17, 2008, the United States Magistrate Judge issued a report (Doc. No. 18) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment is **GRANTED**.

3. the Clerk is directed to enter judgment in the amount of $5,542.50 in favor of the Plaintiff Groundworks of Palm Beach County, Inc., against the Defendants Groundworks, Inc., and Randall E. Fish, jointly and severally.

    4.       The Court will enter a separate permanent injunction.

    5.       After entry of judgment and the permanent injunction, the Clerk is directed to close the file

**DONE** and **ORDERED** in Chambers, Orlando, Florida on the 6th day of February, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE